**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TAHISHA STYRON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EDGEWELL PERSONAL CARE COMPANY; EDGEWELL PERSONAL CARE BRANDS, LLC; and EDGEWELL PERSONAL CARE LLC,

Defendants.

**Case No. 1:26-cv-06639-CM**

**NOTICE OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tahisha Styron by and through her counsel hereby notices dismissal of this action with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: September 25, 2026

Respectfully submitted,

**MILBERG PLLC**

*/s/ Mitchell Breit*
Mitchell Breit
405 East 50th Street
New York, New York 10022
(347) 668-8445
mbreit@milberg.com

*Counsel for Plaintiff*

10/1/2026

Case 1:26-cv-06639-CM Document 20 Filed 09/25/26 Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 25th day of September 2026.

*/s/ Mitchell Breit*
Mitchell Breit